# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RODRICK D. COLEMAN

NO. 2026 KW 0304

**MAY 4, 2026**

---

In Re:    Rodrick D. Coleman, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge, No.
          02-13-0950.

---

**BEFORE:    MILLER, EDWARDS, AND FIELDS, JJ.**

**WRIT DENIED.**

                          SMM
                          BDE
                          WEF

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT